## ANSWER TO CIVIL ACTION SUMMONS TO UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRIC OF FLORIDA

Case# 18-CV-22624-RNS

Plaintiff: UNITED STATES OF AMERICA

Defendants: JAVIER E. FRAZO
A/K/A JAVIER E. ERAZO



I, JAVIER ERAZO, am responding to the Summon related to the case 18-CV-22624-RNS To let the UNITED STATES DISTRICT COURT FOR THE SOURTHERN DISTRICT OF FLORIDA (Plaintiff) and the Lawyers: STEVEN M. DAVIS BECKER & POLIAKOFF, PA LOCATED AT 121 ALAHAMBRA PLAZA, 10TH FLOOR CORAL GABLES, FLORIDA 33134 that I am currently disabled and have been since 2016 (attached proof with this answer to court). Since 2013 I do not work due to my health related issues which led to a permanent disability. I am also attaching the proof from Social Security office about my disability and monthly income, which limits me from saving or be able to make a large payment to this student loan that is causing this summons. Nevertheless, after I pay my rent and cover the most essentials basic needs I am able to pay this debt with a monthly amount of 20.00 a months. I will kindly ask the Court to please consider my will to pay monthly for the amount mentioned above and if there is any way to stop the interest rate.

A copy of this response was faxed to the law firm mentioned above. On 07/20/2018

Sincerely,

Javier E. Erazo _____ Date:07/19/2018

SOCIAL SECURITY ADMINISTRATION

Date: August 29, 2016
Claim Number: XXX-XX-7971A
XXX-XX-7971DI

JAVIER E ERAZO
APT1
1641 NW 5TH ST
MIAMI FL 33125-4636

SOCIAL SECURITY ADMINISTRATION
This is an official verification of
Social Security and/or SSI benefits
Signature: *Estrada*
Date: 08/29/2016

You asked us for information from your record. The information that you requested is shown below. If you want anyone else to have this information, you may send them this letter.

Information About Current Social Security Benefits

Beginning July 2016, the full monthly
Social Security benefit before any deductions is......$ 772.80

We deduct $121.80 for medical insurance premiums each month.

The regular monthly Social Security payment is........$ 651.00
(We must round down to the whole dollar.)

Social Security benefits for a given month are paid the following month. (For example, Social Security benefits for March are paid in April.)

Your Social Security benefits are paid on or about the fourth Wednesday of each month.

There was no cost of living adjustment in Social Security benefits in December 2015. The benefit amount shown is current as of the date on this letter.

Date of Birth Information

The date of birth shown on our records is April 28, 1959.

Medicare Information

You are entitled to hospital insurance under Medicare beginning February 2016.

You are entitled to medical insurance under Medicare beginning August 2016.

Type of Social Security Benefit Information