**CIVIL MINUTES/CALENDAR**
**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

*UNITED STATES MAGISTRATE JUDGE EDWIN G. TORRES*
*James Lawrence King Federal Justice Building - Courtroom 10-5*

November 7, 2018 – 1:30 p.m. – 2:00 p.m.

**Clerk:** Maedon Clark                                                              **D.A.R:**

**18-22624-CIV-SCOLA/TORRES**

**UNITED STATES OF AMERICA**
*Steven Davis, Esquire*

*vs*

**JAVIER E. FRAZO,** *pro se*

REASON FOR HEARING          *SETTLEMENT CONFERENCE*

RESULT OF HEARING           Conference held.

                            **IMPASSE**

                            Mr. Frazo is to send Disability Discharge
                            Application to the Department of Education